No. 962. UNITED STATES *v.* GENERAL MOTORS CORP. May 29, 1944. Petition for writ of certiorari to the Circuit

Court of Appeals for the Seventh Circuit granted. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Solicitor General Fahy* for the United States.